Title Guarantee and Trust Company, Plaintiff, v. Emma Frances Law, Individually and as Executrix, etc., of Herbert Clement Law, Deceased, and

Others, Defendants; YANKEE TAXI CORPORATION (Referred to as YANKEE TAXI COMPANY), Tenant, and ELMORE TAXI CORPORATION, Undertenant, Appellants. PHILIP L. DUNNE, as Receiver, Respondent.— Order directing appellants to attorn and to pay, as a fair and reasonable rental, the sum of $400 monthly affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.